USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID ZAKAEIM, Individually and derivatively as
Shareholder of FOREX CAPITAL ADVISORS INC,

                           Plaintiff,

                   -against-

ANDRE OHANISSIAN and AGO FINANCIAL
SERVICES LLC,

                          Defendants.

------------------------------------------------------------------X

21-CV-0074 (KHP)

**ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Case Management Conference in this matter will be held on **Thursday, February 24, 2022 at 12:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

DATED:    New York, New York
              December 15, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge