```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID ZAKAEIM, Individually and derivatively as
Shareholder of FOREX CAPITAL ADVISORS INC,

                           Plaintiff,                     21-CV-0074 (KHP)

        -against-                                 **ORDER**

ANDRE OHANISSIAN and AGO FINANCIAL
SERVICES LLC,

                          Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the telephonic Case Management Conference in this matter, the fact discovery deadline is extended to April 15, 2022. The parties shall meet and confer about all remaining document production issues and submit a letter to the Court by March 11, 2022 stating whether there are any issues for court resolution.

      All depositions shall be conducted in March 2022.

      A telephonic case management conference will be held at 4:00 pm on April 28, 2022. Counsel for the parties are directed to call into the Court's dedicated conference line, (866) 434-5269, access code: 4858267.

        **SO ORDERED.**

DATED:     New York, New York
               February 24, 2022

                                                    *Katharine H Parker*
                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge